# U.S. District Court, Eastern District Of Texas

Roger Uvalle 625717
Micheal Unit,

V.

Lori Davis Director TDCJID
PO Box 99
Huntsville TX 77349



## Motion for Temporary Injuction

I am experiencing a series of Campaign of Harrassment by TDCJ-ID officers, nurses, Doctors, different departments controlled by TDCJID for my protected Conduct in exercizing my right to litigate civil rights violations against inhumane conditions of confinement at the Micheal Unit 12 building Psychiatric Program, for being a witness to several 1983 complaints for McCoy, Prince TDC# 892959, and for Hestand, Jamon TDC# 1343536 for civil rights violations that occurred in this unit, Micheal 12 building Psychiatric Program. I am also an active litigant challenging the inhumane conditions of confinement. And for participating in a hunger strike protest against these conditions, which I started 8-21-18 thru 9-9-18.

From 8-29-18 thru 9-9-18 I was only taken one time to get vital signs weight check, an UA test to monitor my organs/Health for any harm. Its proceedure for people who are in Hunger Strike to get checked every day until Strike is done. This was denied in a act of Campaign of harrassment to intentionally and Maliciously inflict physical harm or death for my involvement in litigation and protesting conditions. Nurse Gauge Who works here was supose to pull me in his office on those days I wasnt taken. On 8-30-18 officer T. Roach planted Contraband I did not have in my cell and wrote a disciplinary case. Enclosing is a copy of Statement I wrote to disciplinary hearing officer for details

On 9-4-18 was denied Medical treatment for my chronic allergies by TV Docter, He told me to just drink alot of water for relief of Symptoms and discontinued medication.

Doctors wont give me proper treatment for my thyroid disorder which makes my mental illness worse and my Psyche medication ineffective by not giving me proper treatment. I experience chronic tiredness, mental fatigue, heart palpatations, over sleeping 15 hours a day, cold all day, anxiety attacks, abnormal body Tempature. TV Dr suggested Eating a better diet of Chicken and fish, which we don't get like we should. and I can't by in Commissary because I am indigent.

I've also had 2 Siezures that I can't exactly remember what days they were because I lose tract of time and what is going on around me, but it was during one of the days I was not pulled out for hunger strike check up. I also lost alot of weight about 24 pounds. there's other stuff but can't remember, but all this is being done for being a witness to complaints for other people writing complaints and the hunger Strike Protest.

I fear for my physical/mental health, my life and liberty because I'm suppose to see parole in Nov. 2018; and these acts are threatening all these things. I ask Judge to order them to stop all this harrassment and retaliation, to send me to send me to another place outside of TDCJ-ID where I could get psychiatric help for my illnesses, to get proper treatment for my thyroid disorder, treatment for allergies, and medication for my mental illnesses. If I go anywhere within TDCJID, Harrassment and retaliation will continue and they will eventually kill me. I beg you to do this so I can litigate my civil right violations and be a witness to other peoples complaints.

Thankyou for your consideration of my motion.

respectfully submitted

Roger Unable 625717
9-13-18

to witness.
Demarcus Jackson 1815828
micheal unit