TDCJ disciplinary hearing officer
At: Micheal unit 12 building

1 of 2

From: Roger Uvalle
TDC#: 625717
Location: Micheal unit, 12A-32
Date: September 9, 2018

Exhibit I



CLERK, U.S. DISTRICT COURT
RECEIVED
SEP 14 2018
EASTERN DIST. OF TEXAS

## Statement of facts in defence for Major Disciplinary Case

On 8-30-18 officer T. Roach planted contraband in my cell in an act of "Campaign of harrassment" to retaliate against me for my participation litigation for inhumane conditions of confinement, for my participation in hunger strike protest that started on 8-21-18, and for being a federal witness for people that are litigating these conditions in the Federal Courts. On the day of her illegal conduct she opened my cell door while I was in the day room and did a suspicious cell search. When she came out my cell, she came out with a flat plastic type writer cover that had no sharpe edges. It was a square shape. That was the only thing she came out my cell with and showed it to me at day room stating," "I am confiscating this from you because you are not supose to have it", She never gave me confiscation papers. She came out with nothing else and cameras can varify this, nor did she mention any other contraband or that she was giving me a case. I wasn't aware I had been given a case until counsel substitude came to serve me the case on 9/7/18. No one came to investigate the case or to get my statement, which is proceedure for processing a disciplinary case, not giving me a fair chance to prepare a litigimate defence and to find some one to assist me in writing my arguements for my defence. I am extremely weak because I've been on hunger strike since 8-21-18, I'm experiencing psychatic episodes of depression, Hearing and Seeing voices, Anxiety attacks, I've had 2 siezurs while asleep that I haven't been able to get medical attention. Because of these I am mentally unstable to defend myself in a disciplinary hearing setting to argue my defence, present witnesses, cross examine evidence and officer to have a fair chance. CIO T. Roach stated, "The only reason I searched your cell was because she was doing her job and she saw that my cell was filthy and unclean." My cell has always been like that even in other times she has pulled me out to shower or recreation, and she didn't search my cell then or any other occasion she has worked the pod. I struggle to keep my cell clean, and to keep myself clean or groomed because of my mental and physical health problems. She singled me out the entire pod and only searched my cell. She mentioned she was only doing her job, but her job discription in the officers handbooks that outlines her duties to perform in a 12 build setting. She's supose to make daily cell searches and cell inspections on everyone she pulls out to recreation or shower or check on log who hasn't been searched over 72 hours and search those cells. And she didn't even log

in my filthy unclean cell in my daily activity chart, which is essential for Psychiatric monitoring and evaluation for this Psychiatric program as an in-Patient. She fails to perform these duties on a daily bassis except on the time of my hunger strike protest, when she decides to perform to do some of her duties to one individual. Techimiquely, it's a federal offence to not perform these duties as an act of falsifying ~~records~~ government records.

I am a witness to several 1983 complaints for McCoy, Prince #852958, and for Hestand, Jamon #1343536, for civil rights violations that occurred in this unit, Micheal 12 building Psychiatric program. I am also an active litigant challanging the inhumane conditions of confinement on this same program, and I am in a Hunger strike protest. Because of these facts, its the reason of T. Roach's misconduct in accusing me of having contraband I did not have, and engauging in an act of "Campaign of harrassment" to retaliate against me for my involvement in a 1983 federal complaints. My life, pHysical and mental health, and liberty has been threaten to attempt to enterfere, or cause me to stop my involvement in federal complaint and protests of civil rights violations. I am in great fear for my life, Health, and liberty. I struggle to talk because of my mental illnesses, Anxiety/panick attacks. I ask you to please ~~are~~ accept this written statement in my defence.

Witnesses to my claims

Respectfully Submitted

Roger Uvalle 625717

9-10-18