IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ROGER UVALLE, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 6:18-CV-00478-TH |
| LORI DAVIS, | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On May 10, 2019, the Magistrate Judge issued his Report and Recommendation (Doc. No. 14), recommending that this action be dismissed without prejudice for failure to comply with a Court Order and failure to prosecute. Plaintiff acknowledged receipt of this Report and Recommendation on May 16, 2019. (Doc. No. 15.) No objections to the Report and Recommendation have been presented for consideration within the prescribed time period for such objections. Therefore, the Court adopts the Report and Recommendation of the United States Magistrate Judge (Doc. No. 14) as the findings of this Court.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report be **ADOPTED** and that this action be **DISMISSED WITHOUT PREJUDICE** for failure to comply with a Court Order and failure to prosecute.

**SIGNED** this the 11 day of **June, 2019.**

_____
Thad Heartfield
United States District Judge